IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Interiors Ltd. of Rock Hill, | ) | C/A No.: 0:08-4018-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Charles Patrick Poole and Marcia B. Lancaster, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to a discussion with counsel for all parties on December 16, 2010, the Court hereby dismisses without prejudice the plaintiff's claims against the defendant Marcia B. Lancaster. The settlement agreement between the plaintiff and the defendant Charles Patrick Poole will be memorialized and sent to the plaintiff's counsel by December 22, 2010. This case is now ended in this Court.

IT IS SO ORDERED.

_Joseph F. Anderson, Jr._

December 17, 2010                    Joseph F. Anderson, Jr.
Columbia, South Carolina           United States District Judge